# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNG YIL JO, | CASE NO. 1:07-cv-1088-AWI- DLB PC |
| Plaintiff, | |
| v. | ORDER DISMISSING ACTION, WITH PREJUDICE |
| SIX UNKNOWN NAMES AGENTS, et al., | (Doc. 1) |
| Defendants. | |

Plaintiff Young Yil Jo ("plaintiff") is a prisoner in federal custody at the Federal Correctional Institution in Greenville, Illinois. To date, plaintiff has filed more than seventy-six civil cases in this district. Plaintiff is an abusive litigant who persists in filing baseless actions in this district. The instant complaint is duplicative of at least six previous complaints filed this year.[1] The court has discretion to dismiss a duplicative later-filed action. Adams v. California Dept. of Health Services, 487 F.3d 684, 688 (9th Cir. 2007). "Plaintiffs generally have 'no right to maintain two separate actions involving the same subject matter at the same time in the same court and against the same defendant.'" Adams, 487 F.3d at 688 (quoting Walton v. Eaton Corp., 563 F.2d 66, 70 (3d Cir. 1977) (en banc)). There is no good faith basis for the filing of the duplicative action. In addition, the complaint itself fails to state any cognizable claims under federal law, as it is rambling and nonsensical.

---

[1] The Court takes judicial notice of case numbers 1:07-cv-000766-AWI NEW PC Jo v. Six Unknown Names Agents, 1:07-cv-00075-LJO-DLB PC Jo v. Six Unknown Names Agents, 1:07-cv-00159-AWI-SMS PC Jo v. Six Unknown Names Agents, 1:07-cv-00315-LJO-NEW (DLB) PC Jo v. Six Unknown Names Agents; 1:07-cv-00402-AWI-SMS PC Jo v. Six Unknown Names Agents; 1:07-cv-00476-OWW-SMS PC Jo v. Six Unknown Names Agents; and 1:07-cv-00848-OWW-NEW (DLB) PC Jo v. Six Unknown Names Agents.

1    Accordingly, this action is HEREBY DISMISSED, WITH PREJUDICE.

3  IT IS SO ORDERED.

4  **Dated:   August 3, 2007**                    /s/ Anthony W. Ishii
                                               UNITED STATES DISTRICT JUDGE